AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brotman, Stanley S. | U.S.D.C, New Jersey | 06/13/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge/Sr. Status | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 6030 M.H. Cohen US Courthouse<br>4th & Cooper Streets, Box 1029<br>Camden, NJ 08102-1029 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Brotman, Stanley S.**

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Association | 3/26-3/27/10 | New York , NY | Dinner | Lodge, Food |
| 2. | Third Circuit Judicial Conference | 4/28-4/30/10 | Hershey, PA | Conference of Judges | Lodge, Food, Transportation |
| 3. | New Jersey State Bar Association | 5/20/10 | Atlantic City, NJ | Past Presidents' Luncheon | Food |
| 4. | Quadrennial Conference | 5/24-5/25/10 | Washington, D.C. | Conference of Judges | Lodge, Food |
| 5. | AAA Club of South Jersey | 7/21/10 | Voorhees, NJ | Professional/Civic Organization | Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Advantage Pirmary Liq. Fd/Oppenheimer | A | Interest | J | T | | | | | |
| 2. U.S. Enviro Systems, Inc. c/s (formerly Cogenic Energy ) Sys | | None | J | T | | | | | |
| 3. General Electric c/s | B | Dividend | L | T | | | | | |
| 4. Xerox Corporation c/s | A | Dividend | K | T | | | | | |
| 5. PNC Bank c/s | B | Dividend | K | T | | | | | |
| 6. Sun Nat. Bank, Vineland, NJ (chkg acct) | B | Interest | J | T | | | | | |
| 7. Israel Bonds | A | Interest | J | T | | | | | |
| 8. Command Asset Money Market, formerly Wachovia Cap. Acct. | B | Interest | J | T | | | | | |
| 9. Wells Fargo Co., formerly Wachovia Corp. | A | Dividend | K | T | | | | | |
| 10. Israel Bonds | A | Interest | J | T | | | | | |
| 11. Minotola National Bank, Vineland, NJ (checking) | A | Interest | J | T | | | | | |
| 12. ▨▨▨ TRUST: | | | | | | | | | |
| 13. -GlenmedeFund Inc.-Tax Exempt Cash Port prin. cash & reserve | C | Interest | K | T | | | | | |
| 14. - General Electric Co. c/s | B | Dividend | L | T | | | | | |
| 15. - Colgate Palmolive Co. c/s | A | Dividend | K | T | | | | | |
| 16. - Johnson & Johnson c/s | A | Dividend | K | T | | | | | |
| 17. - Royal Dutch Petroleum NY shares c/s | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Bank of America c/s | B | Dividend | K | T | | | | | |
| 19. - Automatic Data Processing, Inc. c/s | A | Dividend | K | T | | | | | |
| 20. - Microsoft Corp, c/s | A | Dividend | K | T | | | | | |
| 21. - Intel Corp. c/s | B | Dividend | J | T | | | | | |
| 22. - Chase Manhattan Corp.c/s | A | Dividend | J | T | | | | | |
| 23. Daimler Chrysler c/s | A | Dividend | J | T | | | | | |
| 24. IBM c/s | A | Dividend | M | T | Sold (part) | 08/13/10 | J | C | |
| 25. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 26. Specialty Retail Group, Inc. c/s | | None | J | T | | | | | |
| 27. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 28. - Glenmede Fund, Inc.: Strategic Equity Port | A | Int/Div | M | T | | | | | |
| 29. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 30. - Glenmede Fund, Inc. : Strategic Equity Part | A | Int/Div | K | T | | | | | |
| 31. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 32. - Glenmede Fund, Inc.: Strategic EquityPart | B | Dividend | L | T | | | | | |
| 33. Verizon c/s | A | Dividend | J | T | | | | | |
| 34. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Motorola, Inc. c/s | A | Dividend | | | Sold | 11/24/10 | J | | |
| 36. J.P.Morgan Chase c/s | A | Dividend | K | T | | | | | |
| 37. Intel c/s | A | Dividend | K | T | | | | | |
| 38. Israel Bonds | A | Interest | J | T | | | | | |
| 39. Vodaphone AirTouch c/s | A | Dividend | K | T | | | | | |
| 40. ▓▓▓▓ TRUST: | | | | . | | | | | |
| 41. - Exxon Mobil Corp. c/s | B | Dividend | K | T | | | | | |
| 42. - Sayreville, NJ (dtd 9/1/00; 4.6% Due 9/1/10) | B | Interest | | | Redeemed | 09/01/10 | K | A | |
| 43. - Mercer County, NJ Impt.(dtd 12/15/00 4.4%,due 11/1/10) | B | Interest | | | Redeemed | 11/01/10 | K | A | |
| 44. - Ocean City,NJ FSA G.O.(dtd 4/1/98 4.5%;due 4/1/08) | B | Interest | K | T | | | | | |
| 45. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 46. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | L | T | | | | | |
| 47. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 48. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | K | T | | | | | |
| 49. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 50. - Glenmede Fund, Inc.: Strategic Equity Port | B | Dividend | K | T | | | | | |
| 51. Verizon Communications c/s | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Unique Mobility, Inc. c/s (now known as UQM) | A | Dividend | J | T | | | | | |
| 53. ▓▓▓▓ TRUST: | | | | | | | | | |
| 54. - Medtronic, Inc. c/s | A | Dividend | K | T | | | | | |
| 55. - NJ SY EDL FACS Auth Re Ambac dtd 7/1/01 4.3% 7/1/11 | A | Interest | K | T | | | | | |
| 56. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 57. - Glenmede Fund, Inc.; Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 58. - Vanguard Institutional Index 500 FD | B | Dividend | L | T | Sold (part) | 12/1/10 | J | | |
| 59. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 60. - Glenmede Fund, Inc. - Strategic Equity Part | A | Dividend | J | T | | | | | |
| 61. - Vanguard Institutional Index 500 FD | B | Dividend | K | T | Sold (part) | 12/1/10 | J | | |
| 62. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 63. - Vanguard Institutional Index 500 Fund | A | Dividend | K | T | | | | | |
| 64. ▓▓▓▓ TRUST | | | | | | | | | |
| 65. - NJ SPORTS&EXPOSITION dtd 1/1/02 4.6% due 3/1/12 | B | Interest | | | Sold | 03/04/10 | K | B | |
| 66. - Target Corp. c/s | A | Dividend | K | T | | | | | |
| 67. State of Israel Bond dtd 2/01/02 4.0% | A | Interest | J | T | | | | | |
| 68. State of Israel Bond dtd 12/01/02 4.0% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Amgen, Inc. c/s | A | Dividend | J | T | | | | | |
| 70. Davis N.Y. Venture Fund Class C | A | Dividend | K | T | | | | | |
| 71. Lucent Technologies, now known as Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 72. Allianz RCM Innovation Fund now known as RCM Global Technol. | A | Interest | J | T | | | | | |
| 73. Prudential Financial, Inc.. | A | Dividend | J | T | | | | | |
| 74. ▓▓▓▓ TRUST | | | | | | | | | |
| 75. - Goldman Sacks Group c/s | A | Dividend | L | T | | | | | |
| 76. - Intel Corp., c/s | A | Dividend | J | T | Sold (part) | 08/13/10 | J | A | |
| 77. ▓▓▓▓ TRUST | | | | | | | | | |
| 78. - Devon Energy Corp., c/s | A | Dividend | J | T | | | | | |
| 79. - Oracle Systems, c/s | | None | K | T | Sold (part) | 04/15/10 | J | C | |
| 80. - 3M Co, c/s | A | Dividend | K | T | | | | | |
| 81. - Kellogg Co., c/s | A | Dividend | J | T | Sold (part) | 08/13/10 | J | A | |
| 82. - Proctor & Gamble Co., c/s | A | Dividend | J | T | | | | | |
| 83. - Varian Medical Systems, Inc., c/s | A | Dividend | K | T | | | | | |
| 84. Freescale Semiconductor, c/s | | None | J | T | | | | | |
| 85. - Abbott Laboratories, c/s | A | Dividend | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)  U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Royal Dutch Shell PLC-ADR c/s | A | Dividend | J | T | | | | | |
| 87. - Gillette Co, c/s | A | Dividend | K | T | | | | | |
| 88. - Varian Medical Sys, Inc. c/s | A | Dividend | K | T | | | | | |
| 89. - Pepsico, Inc., c/s | A | Dividend | J | T | Sold (part) | 08/13/10 | J | A | |
| 90. - Proctor & Gamble Co., c/s | A | Dividend | J | T | | | | | |
| 91. - Pepsico, Inc., c/s | A | Dividend | K | T | | | | | |
| 92. - Marlbvoro Twp., NJ Brd Ed, dtd 7/15/04 4.5%, due 7/15/13 | B | Interest | L | T | | | | | |
| 93. Ktron Int'l, Inc. c/s | | None | | | Sold | 04/05/10 | K | E | |
| 94. GLENMEDE TRUST Investment Advisory | | | | | | | | | |
| 95. Glenmede Fund, Inc. - Tax Exempt Cash Port dtd 10/14/88 | C | Interest | K | T | | | | | |
| ▓▓▓▓▓▓ TRUST | | | | | | | | | |
| 97. - Illinois Tool Works, c/s | A | Dividend | K | T | | | | | |
| 98. - United Technologies Corp., c/s | A | Dividend | K | T | | | | | |
| 99. - Glenmede Fund, Inc. -International Port | B | Dividend | K | T | | | | | |
| 100. - Tweedy Brown Global Value Fund | A | Dividend | K | T | | | | | |
| 101. - William Blair Inst. Intl. Growth Fund | B | Dividend | K | T | | | | | |
| 102. - Quest Diagnostics, Inc. c/s | A | Dividend | | | Sold | 04/15/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -General Electric Cap. Corp., dtd 4/28/06, 5.5% due 4/28/11 | C | Interest | L | T | | | | | |
| 104. - United Technologies Corp., dtd 4/29/02 6.1% due 5/15/2012 | C | Interest | L | T | | | | | |
| 105. - J.P. Morgan Chase & Co., dtd 11/25/02 5.75% due 1/2/2013 | B | Interest | K | T | | | | | |
| 106. -William Blair Intl. Growth - I | D | Dividend | K | T | | | | | |
| 107. ▓▓▓▓ TRUST | | | | | | | | | |
| 108. -FLP Group, Inc. c/s | A | Dividend | K | T | | | | | |
| 109. -Walt Disney Company (dtd) 7/18/06, 5.7% due 7/15/11 | B | Interest | L | T | | | | | |
| 110. -Boeing Co. (dtd 2/11/03) f.125%, Due 2/15/13 | B | Interest | K | T | | | | | |
| 111. -Broadridge Financial Solutions, Inc. | A | Dividend | J | T | | | | | |
| 112. -Rockwell Collins, c/s | A | Dividend | | | Sold | 04/15/10 | K | | |
| 113. -Express Scripts, c/s | A | Dividend | J | T | | | | | |
| 114. -Omnicom Group, c/s | A | Dividend | J | T | | | | | |
| 115. -Glenmede Fund, Inc., Large Cap. 100 Port | A | Dividend | K | T | | | | | |
| 116. -Pepsico Inc., dtd 5/21/07, 5.15%, 5/512 | B | Interest | K | T | | | | | |
| 117. -Proctor & Gamble Co, 8/10/04, 4.95 %, 8/15/14 | A | Interest | K | T | | | | | |
| 118. -NJ Sports & Exposition, dtd 1/1/02 4/6%, 3/1/12 | B | Interest | K | T | | | | | |
| 119. -NJ Sports & Exposition, dtd 1/1/02 4.6%, 3/1/12 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Emerson Electric Co, dtd 12/11/02 5%, 12/15/14 | B | Interest | K | T | | | | | |
| 121. Davis NY Venture Group | A | Dividend | | | Sold | 11/24/10 | K | | |
| 122. Davis NY Venture Fd, CLC | A | Dividend | | | Sold | 11/24/10 | K | | |
| 123. New Jersey, 5%, Due 7/1/10 | C | Interest | | | Redeemed | 07/01/10 | K | | |
| 124. N.J. Tran, 5%, Due 6/15/18 | A | Interest | J | T | | | | | |
| 125. Delaware, 5175%, Due 1/1/26 | C | Interest | | | Redeemed | 03/31/10 | L | | |
| 126. ▒▒▒ TRUST | | | | | | | | | |
| 127. -Travelers Companies, Inc. c/s | A | Dividend | K | T | | | | | |
| 128. -Verizon Communications dtd 4/4/08, 5.25% due 4/15/10 | B | Interest | K | T | | | | | |
| 129. -Hewlett Packard Co., dtd 3/3/08, 4.5%, due 3/1/13 | B | Interest | K | T | | | | | |
| 130. -Goldman Sachs Group, Inc. dtd 1/13/04, 5.15%, due 1/15/14 | B | Interest | K | T | | | | | |
| 131. -Emerson Electric Co., dtd 8/24/05, 4.75% due 10/15/15 | B | Interest | K | T | | | | | |
| 132. -Diageo PCL Sponsored ADR c/s | A | Dividend | | | Sold | 04/15/10 | K | | |
| 133. -J. P. Morgan Chase & Co., c/s | A | Dividend | J | T | | | | | |
| 134. ▒▒▒ TRUST | | | | | | | | | |
| 135. Gilead Sciences, Inc. c/s | A | Dividend | J | T | | | | | |
| 136. McDermott Ins. Inc. c/s | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Omnicom Group, c/s | A | Dividend | J | T | | | | | |
| 138. Ontario Province, 2/3/05 4.5% | A | Interest | K | T | | | | | |
| 139. Applied Materials Inc., c/s | A | Dividend | J | T | | | | | |
| 140. Franklin Resources, Inc., c/s | A | Dividend | K | T | | | | | |
| 141. ITT Educational Servcies, Inc., c/s | A | Dividend | J | T | | | | | |
| 142. Van Eck Global Hard Assets - I | A | Dividend | K | T | | | | | |
| 143. Capital Markets PLC dtd 3/10/09 3.87% due 3/10/15 | A | Dividend | | | Sold | 06/15/10 | K | | |
| 144. Schlumberger Ltd. c/s | A | Dividend | J | T | | | | | |
| 145. Nucor Corp c/s | A | Dividend | J | T | | | | | |
| 146. Tweedy Browne Global Valve Fund | A | Dividend | K | T | | | | | |
| 147. Oracle Corp. dtd 1/13/06 5.25%, due 1/15/14 | A | Interest | L | T | | | | | |
| 148. GLENMEDE TRUST INVESTMENT | | | | | | | | | |
| 149. - Glenmede Fund Inc. Advisory Small CAD | A | Dividend | J | T | | | | | |
| 150. - Glenmede Fund, Inc. - U.S. Emerging Growth | A | Dividend | J | T | | | | | |
| 151. - Glenmede Fund, Inc. International Port | A | Dividend | J | T | | | | | |
| 152. - Glenmede Fund, Inc. Large CAP 100 Port | A | Dividend | J | T | | | | | |
| 153. - William Blair Int'l Growth - I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cape May 4.375% due 8/15/14 | A | Interest | K | T | | | | | |
| 155. Freehold Twp. 5% due 2/15/25 | B | Interest | K | T | | | | | |
| 156. Hammonton NJ 4.5% due 8/1/25 | B | Interest | K | T | | | | | |
| 157. Medford Twp. NJ 5% due 3/1/25 | B | Interest | K | T | | | | | |
| 158. Montgomery 5% due 4/1/27 | B | Interest | K | T | | | | | |
| 159. Montgomery 5% due 4/1/20 | B | Interest | K | T | | | | | |
| 160. Morris County, NJ 3% due 2/1/11 | C | Interest | L | T | | | | | |
| 161. New Jersey 5% due 7/1/31 | B | Interest | K | T | | | | | |
| 162. Pleasantville, NJ 4% due 7/1/12 | B | Interest | K | T | | | | | |
| 163. Teaneck Twp., 5% due 7/15/28 | C | Interest | L | T | | | | | |
| 164. Washington, 4.875% due 1/1/23 | B | Interest | L | T | | | | | |
| 165. ████ TRUST | | | | | | | | | |
| 166. -Glenmede Fund Inc. Advisory Small Cap | A | Dividend | K | T | Buy | 04/15/10 | K | | |
| 167. -Thornburg Intl. Value FD | A | Dividend | K | T | Buy | 04/15/10 | K | | |
| 168. -Coca-Cola Co. dtd. 11/1/07 5.35%, due 11/15/14 | A | Interest | K | T | Buy | 07/09/10 | K | | |
| 169. -Artio International EQ FD 11 | A | Dividend | K | T | Buy | 04/15/10 | K | | |
| 170. -Atlantic County NJ Impt. 5.37%, dated 9/1/00 due 11/1/10 | A | Interest | K | T | Buy | 02/17/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Atlantic County NJ Impt. 5.37% dated 9/1/00 due 11/1/10 | | | | | Redeemed | 11/01/10 | K | | |
| 172. -Hillsborough NJ dated 8/1/01 4.7% due 8/1/2010 | A | Interest | J | T | Buy | 02/25/10 | J | | |
| 173. -Hillsborough NJ dated 8/1/01 4.7% due 8/1/2010 | | | | | Redeemed | 08/02/10 | J | | |
| 174. -Morris County, NJ 4.75%, dated 9/15/00 due 9/15/10 | A | Interest | K | T | Buy | 02/25/10 | K | | |
| 175. -Morris County, NJ 4.75% dated 9/15/00 due 9/15/10 | | | | | Redeemed | 09/15/10 | K | | |
| 176. -So. Jersey Trans. Auth. dtd 4/15/03 3.25% due 11/1/10 | A | Interest | K | T | Buy | 02/25/10 | K | | |
| 177. -So. Jersey Trans. Auth. did 4/15/03 3.25% due 1/1/10 | | | | | Redeemed | 11/01/10 | K | | |
| 178. -Babcock & Wilcox Co. C/S | A | Dividend | J | T | Spinoff (from line 136) | 08/05/10 | J | | |
| 179. Matthew Pacific Tiger (FD 1 classification changed to FD IS) | A | Dividend | K | T | Buy | 08/13/10 | K | | |
| 180. NJ Econ Dev., dated 3/1/01, 4.75% due 6/15/11 | C | Interest | L | T | Buy | 02/12/10 | L | | |
| 181. NJ St. EDL FACS Rowan Univ., dated 4/13/05, 4.0% due 7/1/11 | A | Interest | J | T | Buy | 02/25/10 | J | | |
| 182. Hillsborough Twp NJ Sch., 4.25% dated 10/1/01 due 10/1/12 | B | Interest | K | T | Buy | 02/17/10 | K | | |
| 183. Vineland NJ Gloun LTD dated 6/1/07, 4% due 6/1/14 | D | Interest | M | T | Buy | 12/08/10 | M | | |
| 184. Growth Fund America, Class C | A | Dividend | K | T | Buy | 11/26/10 | K | | |
| 185. Burling. Cnty. NJ Bridge Comm. dtd. 7/1/02,4.75% due 8/15/22 | B | Interest | L | T | Buy | 02/12/10 | L | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As to Section VII:

(a) Entry 135 of this report reflects a consolidation of entries 151, 159 and 164 of the 2009 Financial Disclosure Report.

(b) Entry 140 of this report reflects a consolidation of entries 158 and 163 of the 2009 Financial Disclosure Report.

(c) Entry 95 of this report reflects a consolidation of entries 99 and 169 of the 2009 Financial Disclosure Report. Also see VIII entry (a) of 2009 report, page 14.

(d) Entry 178 of this report reflects a spin off of Babcock and Wilcox Company stock from McDermott Insurance entry 136 of this report.

(e) Entry 179 reflects a change of classification of shares from FD-1 (retail) to FD IS (institutional). No additional payment passed.

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 06/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Stanley S. Brotman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544